IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-80400-CIV-COHN/SELTZER

NEIL KOPPEL and  
RENAISSANCE DIAMONDS, INC.,

      Plaintiffs,

v.

CLIVE HILL and WASHINGTON  
DIAMONDS CORPORATION

      Defendants.

_____

**JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINE FOR AMENDMENT OF PLEADINGS AND JOINDER OF PARTIES**

Plaintiffs and Defendants jointly move this Court to modify the April 14, 2015 Scheduling Order (ECF No. 13) to extend the deadline for Amendment of Pleadings and Joinder of Parties from July 10, 2015, to and including August 10, 2015, or, in the alternative, to extend said deadline to ten (10) days after the Court has ruled on the Defendants' Motions to Dismiss. As reasons therefor, the Parties state as follows:

1. Defendants' Motions to Dismiss are currently pending. On July 6, 2015, Plaintiffs filed their Omnibus Response to the Motions to Dismiss. Defendants' replies are due July 16, 2015.

2. The current deadline for Amendment of Pleadings and Joinder of Parties is July 10, 2015. This deadline will pass before the Court has ruled on the Motions to Dismiss.

3. The Court's ruling on the Motions to Dismiss may affect the Parties' determination as to amendment of pleadings and/or the joinder of additional parties.

4. Discovery is ongoing and will not be delayed by the limited extension of the deadline sought by this Motion.

5. Allowance of this Motion will conserve the resources of this Court and the parties.

6. Neither party will be prejudiced by allowance of this Motion.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court modify the Scheduling Order to extend the deadline for Amendment of Pleadings and Joinder of Parties to and including August 10, 2015.  In the alternative, the Parties respectfully request that the Court extend said deadline to ten (10) days after the Court has ruled on the Defendants' Motions to Dismiss.

Submitted this 10th day of July 2015.

| | |
|---|---|
| **KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**<br>*Attorneys for Plaintiffs*<br>Miami Center, 27th Floor<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 379-9000<br>Facsimile:  (305) 379-3428<br><br>By: /s/ Jorge R. Delgado<br>       **JASON R. MARKS**<br>       Fla. Bar No. 144584<br>       jmarks@klugerkaplan.com<br>       **JORGE R. DELGADO**<br>       Fla. Bar No. 084118<br>       jdelgado@klugerkaplan.com | **LABOVICK LAW GROUP**<br>*Attorneys for Defendants*<br>5220 Hood Road, Suite 200<br>Palm Beach Gardens, Florida 33418<br>Telephone: (561) 625-8400<br>Facsimile:   (561) 244-9577<br><br>By: /s/ Michelle L. Azar<br>       **MICHELLE L. AZAR**<br>       Fla. Bar No. 770493<br>       mazar@labovick.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record via the CM/ECF system.

**SERVICE LIST**

By Electronic Transmission:
Jason R. Marks, Esq. and Jorge R. Delgado, Esq., Kluger, Kaplan, Silverman, Katzen & Levin, P.L., 201 S. Biscayne Boulevard, 27th Floor, Miami, FL 33131; jmarks@klugerkaplan.com; jdelgado@klugerkaplan.com.

By: /s/ Michelle L. Azar
**MICHELLE L. AZAR**